# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **DETENTION ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 1:12-cr-091 |
| Kirk Blaine Hollow, | ) | |
| | ) | |
| Defendant. | ) | |

___

The court conducted a hearing on the petition for revocation of defendant's pretrial release on September 7, 2012, in Bismarck, North Dakota. AUSA Gary Delorme appeared on the Government's behalf. Assistant Federal Public Defender William Schmidt appeared on defendant's behalf.

The court **ORDERS** that, until it is determined whether defendant will be allowed to return to the Bismarck Transition Center (BTC), defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultations with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding. If BTC will allow defendant to return, defendant shall be released subject to the release conditions previously imposed by the court in its order dated May 29, 2012. If BTC will not allow defendant to return, defendant shall remain in the Attorney General's custody pending trial.

Dated this 10th day of September, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge