## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION TO** |
| | ) | **MODIFY ORDER OF DETENTION** |
| vs. | ) | |
| | ) | |
| Kirk Blaine Hollow, | ) | Case No.: 1:12-cr-091 |
| | ) | |
| Defendant. | ) | |
| | ) | |

___

Before the court is defendant Kirk Blaine Hollow's "Motion to Modify Order of Detention" filed December 28, 2012. The defendant requests the court to temporarily release him from custody so he may attend his mother, Yvette Eagle's, wake and funeral. The court **GRANTS** defendant's motion (Docket No. 52) and **ORDERS** the order of detention modified as follows:

1. Defendant shall be released to the custody of his grandmother, Delphine Plenty Chief, or his aunt, Rolanda Uses Arrow, no earlier than 10:00 AM on December 30, 2012, for attendance at his mother's wake and funeral in Cannonball, North Dakota.

2. Defendant shall return to the Stutsman County Correctional Center no later than 7:00 PM on December 31, 2012.

3. While on release, defendant shall not travel to any locations other than the locations of the wake and funeral and shall not consume any alcohol or illegal drugs.

4. While on release, defendant shall at all times be in the custody of Delphine Plenty Chief or Rolanda Uses Arrow. Delphine Plenty Chief or Rolanda Uses Arrow shall monitor defendant's behavior and ensure compliance with the conditions in this order. If defendant violates the conditions in this order, the court will pursue all appropriate remedies against Delphine Plenty Chief or Rolanda Uses Arrow, including holding those individuals in contempt of court.

Dated this 28th day of December, 2012.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court